UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SO-CAL DOMINOIDS, INC., a California Corporation; THE NORTHERN TRUST COMPANY, as Trustee of The Mary Jane McGuire Memorial Fund; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:15-CV-04839-TJH-PJWx<br><br>**ORDER**<br><br>JS-6 |

### **ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: May 19, 2016

　　　　　　　　　　　　　　HONORABLE TERRY J. HATTER, JR.
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1

Joint Stipulation for Dismissal　　　Case: 2:15-CV-04839-TJH-PJW